# EXHIBIT A

1  **THE DOYLE FIRM, P.C.**
2  1313 E Osborn Road, Suite 220
   Phoenix, Arizona  85014
3  (602) 240-6711 Telephone Number
   (602) 240-6951 Facsimile Number
4  Firm E-mail: alg@doylelawgroup.com
5  Arizona Bar Number William H. Doyle, #007285

6  **SCOTT M. GOLDEN**
7  **Attorney at Law**
   1313 E. Osborn Road, Suite 220
8  Phoenix, Arizona  85014
9  (602) 271-4653 Telephone Number
   (602) 271-4659 Facsimile Number
10 Email: scott@smg-law.com
11 Arizona Bar Number 004752

12 Attorneys for Plaintiffs

13                 IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

14

15              IN AND FOR THE COUNTY OF MARICOPA

16 ERNEST MORENO and AMELIA            CV 2015-007941
17 MORENO, husband and wife,
                                       Case No.
18        Plaintiffs,

19    vs.
                                       **SUMMONS**
20                                     If you would like legal advice from a lawyer,
21 SAFECO INSURANCE, a member of       contact the Lawyer Referral Service at
   Liberty Mutual Group, Inc., a foreign        602-257-4434
22 corporation,                               or
                                       www.maricopalawyers.org
23        Defendants.                      Sponsored by the
                                       Maricopa County Bar Association
24

25        **THE STATE OF ARIZONA TO THE DEFENDANT:**
26        **Statutory Agent for Safeco Insurance**
          **Corporation Service Company**
27        **2338 W. Royal Palm Road, Suite J**
28        **Phoenix, AZ  85021**

-1-

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint on you, exclusive of the day of service. If served out of the State of Arizona - whether by direct service, by registered or certified mail, or by publication - you shall appear and defend within 30 days after the service of the Summons and Complaint on you is complete, exclusive of the day of service. Where process is served on the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or plead until the expiration of 40 days after date of such service on the Director. Service by registered or certified mail outside the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service on the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's return. RCP 4; ARS §§ 20-222, 28-502, 29-503.

**YOU ARE HEREBY NOTIFIED** that in the event of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE HEREBY NOTIFIED** that a copy of the Summons and Complaint may be obtained from the Clerk of the Maricopa County Superior Court located at 201 West Jefferson, Phoenix, Arizona.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response on the Plaintiffs' attorney. RCP 10(d); ARS § 12-311; RCP 5.

**REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

The name and address of Plaintiffs' attorney is:

Scott M. Golden
1313 E. Osborn Rd., Suite 220
Phoenix, Arizona 85014
Attorney for Plaintiff

1

**SIGNED AND SEALED** this date:

2

3                                                       MICHAEL JEANES

                                                        Clerk of the Superior Court

4                                                       

5                                                       By_____

6                                                       Deputy Clerk   JUL 0 8 2015

7                                                            MICHAEL K. JEANES, CLERK
                                                                 A. CORONA
8                                                                DEPUTY CLERK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COPY

JUL 0 8 2015

 MICHAEL K. JEANES, CLERK
A. CORONA
DEPUTY CLERK

1

2  **THE DOYLE FIRM, P.C.**
1313 E Osborn Road, Suite 220
3  Phoenix, Arizona  85014
(602) 240-6711 Telephone Number
4  (602) 240-6951 Facsimile Number
Firm E-mail: alg@doylelawgroup.com
5  Arizona Bar Number William H. Doyle, #007285

6  **SCOTT M. GOLDEN**
7  **Attorney at Law**
1313 E. Osborn Road, Suite 220
8  Phoenix, Arizona  85014
(602) 271-4653 Telephone Number
9  (602) 271-4659 Facsimile Number
10  Email: scott@smg-law.com
Arizona Bar Number 004752
11

12  Attorneys for Plaintiffs

13

14          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

15             IN AND FOR THE COUNTY OF MARICOPA

16  ERNEST MORENO and AMELIA                CV 2015-007941
17  MORENO, husband and wife,
                                            Case No.
18             Plaintiffs,

19       vs.                                **COMPLAINT**

20                                          (Breach of Contract)
21  SAFECO INSURANCE, a member of
Liberty Mutual Group, Inc., a foreign
22  corporation,

23             Defendants.

24

25

26          Plaintiffs, by and through counsel undersigned, as and for their

27  complaint against Defendant, allege as follows:

28

                                    1

I.

Plaintiffs are residents of Maricopa County, Arizona.   All events giving rise to this action occurred in Maricopa County, Arizona.

II.

Defendant Safeco Insurance is a member of Liberty Mutual Group, Inc., a foreign corporation doing business in Arizona.  At all relevant times, Defendant Safeco Insurance Company provided auto insurance to Ernest and Amelia Moreno including Underinsured Motorist Coverage in the amount of $100,000.00 / $300,000.00, under policy number Y8167264.

III.

On October 9, 2014, Plaintiff Ernest Moreno was injured in a motor vehicle collision at 12th Street and Thomas Road in Phoenix, Arizona. Jordan Olivas was westbound on Thomas Road and failed to yield the right of way while attempting a left turn, to Ernest Moreno who was eastbound on Thomas Road. Both vehicles were disabled as a result of the collision.

The owner and driver of the adverse vehicle, Jordan Olivas, was insured with State Farm Insurance having liability policy limits of $50,000 / $100,000.00, at the time of the subject accident.

IV.

As a direct and proximate result of the October 9, 2014, motor vehicle collision, Plaintiff was injured and suffered physical and emotional damages, some of which are permanent in nature, for which he received

2

medical treatment and incurred medical bills.  Plaintiff will also incur future medical expenses.  Defendant Safeco Insurance has not offered adequate compensation to Plaintiff for his injuries, medical expenses, and general damages.

V.

Defendant Safeco Insurance Company has refused to make an adequate offer to Plaintiffs under the Underinsured Motorists coverage of the policy for his damages despite demand for same having been made in a timely and appropriate fashion. Defendant Safeco Insurance Company's refusal to pay Plaintiffs' full uncompensated damages constitutes a breach of its contract of insurance with Plaintiffs.

VI.

At all times material Defendant had a duty of good faith and fair dealing toward its insured.

VII.

Defendant Safeco's conduct constitutes a breach of the duty of good faith and fair dealing.

VIII.

That Defendant's breach of said duty was in bad faith and constituted a failure to give its insured equal consideration.

. . .

3

IX.

That Defendant's bad faith has caused Plaintiffs' damage including economic and emotional loss.

X.

That Defendant's conduct is so egregious as to justify an award of punitive damages.

XI.

Plaintiffs' damages exceed the minimum jurisdictional limits of this Court.

WHEREFORE, Plaintiffs prays for judgment against Defendants, and each of them, as follows:

1. For fair and reasonable general damages;

2. For special damages for medical bills, past and future as provided by the contract and Arizona law;

3. For interest at the maximum rate permitted by law;

4. For costs and attorney fees; and

5. For such further relief as the court deems appropriate in the circumstances.

. . .

. . .

DATED this _8th_ day of July, 2015.

THE DOYLE FIRM, P.C.

By _____
William H. Doyle
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

SCOTT M. GOLDEN, ATTORNEY AT LAW

By _____
Scott M. Golden
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff





JUL 0 8 2015

MICHAEL K. JEANES, CLERK
A. CORONA
DEPUTY CLERK

**THE DOYLE FIRM, P.C.**
1313 E Osborn Road, Suite 220
Phoenix, Arizona  85014
(602) 240-6711 Telephone Number
(602) 240-6951 Facsimile Number
Firm E-mail: alg@doylelawgroup.com
Arizona Bar Number William H. Doyle, #007285

**SCOTT M. GOLDEN**
**Attorney at Law**
1313 E. Osborn Rd., Suite 220
Phoenix, Arizona 85014
Tel:   602-271-4653
Fax:   602-271-4659
Email:  scott@smg-law.com
Arizona Bar No.004752

Attorneys for Plaintiffs

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ERNEST MORENO and AMELIA MORENO, husband and wife,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SAFECO INSURANCE, a member of Liberty Mutual Group, Inc., a foreign corporation,<br><br>           Defendants. | CV 2015-007941<br>Case No.<br><br>**PLAINTIFFS' CERTIFICATE REGARDING COMPULSORY ARBITRATION** |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court and further certifies that this case **is not subject to compulsory**

-1-

**arbitration** as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this _8th_ day of July, 2015.

THE DOYLE FIRM, P.C.

By_____
William H. Doyle
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

SCOTT M. GOLDEN, ATTORNEY AT LAW

By_____
Scott M. Golden
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

**COPY** of the foregoing hand-delivered
this _8th_ day of _July_, 2015, to:

Court Administrator's Office
Arbitration Clerk

By_____

-2-



JUL 0 8 2015

MICHAEL K. JEANES, CLERK
A. CORONA
DEPUTY CLERK

1
2
**THE DOYLE FIRM, P.C.**
1313 E Osborn Road, Suite 220
3
Phoenix, Arizona  85014
(602) 240-6711 Telephone Number
4
(602) 240-6951 Facsimile Number
Firm E-mail: alg@doylelawgroup.com
5
Arizona Bar Number William H. Doyle, #007285

6
7
**SCOTT M. GOLDEN**
**Attorney at Law**
8
1313 E. Osborn Rd., Suite 220
Phoenix, Arizona 85014
9
Tel:   602-271-4653
Fax:   602-271-4659
10
Email:  scott@smg-law.com
11
Arizona Bar No.004752

12
13
Attorneys for Plaintiffs

14
15
IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
16
IN AND FOR THE COUNTY OF MARICOPA

17
18
ERNEST MORENO and AMELIA
MORENO,  husband and wife,
19
20
                    Plaintiffs,
21
             vs.
22
23
SAFECO INSURANCE, a member of
Liberty Mutual Group, Inc., a foreign
24
corporation,
25
                    Defendants.
26

CV 2015 - 007941

Case No.

**DEMAND FOR JURY TRIAL**

27
28

1

1
2
3      Pursuant to Rule 38(b), Arizona Rules of Civil Procedure, demand

       is hereby made for trial by jury of all issues in the above-entitled action.

4           DATED this _8th_ day of July, 2015.

5
6                              THE DOYLE FIRM, P.C.
7
       By
8      William H. Doyle
       1313 E. Osborn Road, Suite 220
9      Phoenix, Arizona 85014
       Attorneys for Plaintiff
10
11                             SCOTT M. GOLDEN, ATTORNEY AT LAW
12
       By
13     Scott M. Golden
       1313 E. Osborn Road, Suite 220
14     Phoenix, Arizona 85014
       Attorneys for Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2

# EXHIBIT B

COPY

**THE DOYLE FIRM, P.C.**
1313 E Osborn Road, Suite 220
Phoenix, Arizona 85014
(602) 240-6711 Telephone Number
(602) 240-6951 Facsimile Number
Firm E-mail: alg@doylelawgroup.com
Arizona Bar Number William H. Doyle, #007285

**SCOTT M. GOLDEN**
**Attorney at Law**
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
(602) 271-4653 Telephone Number
(602) 271-4659 Facsimile Number
Email: scott@smg-law.com
Arizona Bar Number 004752

Attorneys for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ERNEST MORENO and AMELIA MORENO, husband and wife, | |
| Plaintiffs, | Case No. CV2015-007941 |
| vs. | **FIRST AMENDED COMPLAINT** |
| SAFECO INSURANCE COMPANY OF AMERICA, a/k/a SAFECO INSURANCE, a member of Liberty Mutual Group, Inc., a foreign corporation, | (Breach of Contract) |
| Defendants. | |

Plaintiffs, by and through counsel undersigned, as and for their

complaint against Defendant, allege as follows:

1

I.

Plaintiffs are residents of Maricopa County, Arizona.   All events giving rise to this action occurred in Maricopa County, Arizona.

II.

Defendant Safeco Insurance Company of America, a/k/a Safeco Insurance, a member of Liberty Mutual Group, Inc., a foreign corporation doing business in Arizona.  At all relevant times, Defendant Safeco Insurance Company of America provided auto insurance to Ernest and Amelia Moreno including Underinsured Motorist Coverage in the amount of $100,000.00 / $300,000.00, under policy number Y8167264.

III.

On October 9, 2014, Plaintiff Ernest Moreno was injured in a motor vehicle collision at 12th Street and Thomas Road in Phoenix, Arizona. Jordan Olivas was westbound on Thomas Road and failed to yield the right of way while attempting a left turn, to Ernest Moreno who was eastbound on Thomas Road. Both vehicles were disabled as a result of the collision.

The owner and driver of the adverse vehicle, Jordan Olivas, was insured with State Farm Insurance having liability policy limits of $50,000 / $100,000.00, at the time of the subject accident.

IV.

As a direct and proximate result of the October 9, 2014, motor vehicle collision, Plaintiff was injured and suffered physical and emotional

2

damages, some of which are permanent in nature, for which he received

medical treatment and incurred medical bills.  Plaintiff will also incur future

medical expenses.  Defendant Safeco Insurance has not offered adequate

compensation to Plaintiff for his injuries, medical expenses, and general

damages.

V.

Defendant Safeco Insurance Company of America has refused to

make an adequate offer to Plaintiffs under the Underinsured Motorists

coverage of the policy for his damages despite demand for same having

been made in a timely and appropriate fashion. Defendant Safeco

Insurance Company of America's refusal to pay Plaintiffs' full

uncompensated damages constitutes a breach of its contract of insurance

with Plaintiffs.

VI.

At all times material Defendant had a duty of good faith and fair

dealing toward its insured.

VII.

Defendant Safeco's conduct constitutes a breach of the duty of good

faith and fair dealing.

VIII.

That Defendant's breach of said duty was in bad faith and constituted

a failure to give its insured equal consideration.

3

IX.

That Defendant's bad faith has caused Plaintiffs' damage including economic and emotional loss.

X.

That Defendant's conduct is so egregious as to justify an award of punitive damages.

XI.

Plaintiffs' damages exceed the minimum jurisdictional limits of this Court.

WHEREFORE, Plaintiffs prays for judgment against Defendants, and each of them, as follows:

1. For fair and reasonable general damages;

2. For special damages for medical bills, past and future as provided by the contract and Arizona law;

3. For interest at the maximum rate permitted by law;

4. For costs and attorney fees; and

5. For such further relief as the court deems appropriate in the circumstances.

. . .

. . .

4

DATED this _29th_ day of July, 2015.

THE DOYLE FIRM, P.C.

By _____
William H. Doyle
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

SCOTT M. GOLDEN, ATTORNEY AT LAW

By _Scott M_____
Scott M. Golden
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

5

# EXHIBIT C



# CORPORATION SERVICE COMPANY®

## Notice of Service of Process

HZC / ALL
Transmittal Number: 14140168
Date Processed: 08/18/2015

| | |
|---|---|
| Primary Contact: | Arlene Smith<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02117 |

| | |
|---|---|
| Entity: | Safeco Insurance Company Of America<br>Entity ID Number  2781189 |
| Entity Served: | Safeco Insurance Company of America |
| Title of Action: | Ernest Moreno vs. Safeco Insurance Company of America, a/k/a Safeco Insurance, a member of Liberty Mutual Group, Inc. |
| Document(s) Type: | Summons and Amended Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Maricopa County Superior Court, Arizona |
| Case/Reference No: | CV2015-007941 |
| Jurisdiction Served: | Arizona |
| Date Served on CSC: | 08/17/2015 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | AZ Dept of Insurance on 8/10/2015 |
| How Served: | Certified Mail |
| Sender Information: | William H Doyle<br>602-240-6711 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

# EXHIBIT D

1  **THE DOYLE FIRM, P.C.**
2  1313 E Osborn Road, Suite 220
   Phoenix, Arizona  85014
3  (602) 240-6711 Telephone Number
   (602) 240-6951 Facsimile Number
4  Firm E-mail: alg@doylelawgroup.com
5  Arizona Bar Number William H. Doyle, #007285

6  **SCOTT M. GOLDEN**
   **Attorney at Law**
7  1313 E. Osborn Road, Suite 220
   Phoenix, Arizona  85014
8
9  (602) 271-4653 Telephone Number
   (602) 271-4659 Facsimile Number
10 Email: scott@smg-law.com
11 Arizona Bar Number 004752

12 Attorneys for Plaintiffs

13           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
14
15              IN AND FOR THE COUNTY OF MARICOPA

16 ERNEST MORENO and AMELIA
17 MORENO, husband and wife,
                                         Case No.  CV2015-007941
18          Plaintiffs,
19
       vs.
20                                       **FIRST AMENDED SUMMONS**
21 SAFECO INSURANCE COMPANY OF        *If you would like legal advice from a lawyer,*
   AMERICA, a/k/a SAFECO INSURANCE, a  *contact the Lawyer Referral Service at*
22 member of Liberty Mutual Group, Inc., a        *602-257-4434*
23 foreign corporation,                              *or*
                                          *www.maricopalawyers.org*
24          Defendants.                    *Sponsored by the*
25                                    *Maricopa County Bar Association*

26     **THE STATE OF ARIZONA TO THE DEFENDANT:**
27 **Statutory Agent for Safeco Insurance**
   **Corporation Service Company**
28 **2338 W. Royal Palm Road, Suite J**
   **Phoenix, AZ  85021**

-1-

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint on you, exclusive of the day of service. If served out of the State of Arizona - whether by direct service, by registered or certified mail, or by publication - you shall appear and defend within 30 days after the service of the Summons and Complaint on you is complete, exclusive of the day of service. Where process is served on the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or plead until the expiration of 40 days after date of such service on the Director. Service by registered or certified mail outside the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service on the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's return. RCP 4; ARS §§ 20-222, 28-502, 29-503.

**YOU ARE HEREBY NOTIFIED** that in the event of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE HEREBY NOTIFIED** that a copy of the Summons and Complaint may be obtained from the Clerk of the Maricopa County Superior Court located at 201 West Jefferson, Phoenix, Arizona.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response on the Plaintiffs' attorney. RCP 10(d); ARS § 12-311; RCP 5.

**REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

The name and address of Plaintiffs' attorney is:
Scott M. Golden
1313 E. Osborn Rd., Suite 220
Phoenix, Arizona 85014
Attorney for Plaintiff

-2-

1

**SIGNED AND SEALED** this date:

2

3          MICHAEL JEANES
           Clerk of the Superior Court

4

5                          JUL 2 9 2015

6          Deputy Clerk
                          M. K. JEANES, CLERK
7                         B. COLWELL
                          DEPUTY CLERK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

# EXHIBIT E

1

**THE DOYLE FIRM, P.C.**
2
1313 E Osborn Road, Suite 220
Phoenix, Arizona  85014
3
(602) 240-6711 Telephone Number
4
(602) 240-6951 Facsimile Number
Firm E-mail: alg@doylelawgroup.com
5
Arizona Bar Number William H. Doyle, #007285

6
**SCOTT M. GOLDEN**
7
**Attorney at Law**
1313 E. Osborn Rd., Suite 220
8
Phoenix, Arizona 85014
9
Tel:   602-271-4653
Fax:   602-271-4659
10
Email:  scott@smg-law.com
11
Arizona Bar No.004752

12
Attorneys for Plaintiffs

13

14
IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
15
IN AND FOR THE COUNTY OF MARICOPA
16

17
ERNEST MORENO and AMELIA
MORENO, husband and wife,
18
                                                                Case No.  CV2015-007941
19
            Plaintiffs,
                                                        **PLAINTIFFS' FIRST AMENDED**
20
      vs.                                               **CERTIFICATE REGARDING**
                                                        **COMPULSORY ARBITRATION**
21
SAFECO INSURANCE COMPANY OF
22
AMERICA, a/k/a SAFECO INSURANCE, a
member of Liberty Mutual Group, Inc., a
23
foreign corporation,
24
25
            Defendants.
26

27
      The undersigned certifies that he knows the dollar limits and any other
28
limitations set forth by the local rules of practice for the applicable superior

-1-

court and further certifies that this case is **not subject to compulsory arbitration** as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this _24th_ day of July, 2015.

THE DOYLE FIRM, P.C.

By _____
William H. Doyle
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

SCOTT M. GOLDEN, ATTORNEY AT LAW

By _____
Scott M. Golden
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

**COPY** of the foregoing hand-delivered
this _24th_ day of _July_, 2015, to:

Court Administrator's Office
Arbitration Clerk

By _____

-2-

# EXHIBIT F

**THE DOYLE FIRM, P.C.**
1313 E Osborn Road, Suite 220
Phoenix, Arizona  85014
(602) 240-6711 Telephone Number
(602) 240-6951 Facsimile Number
Firm E-mail: alg@doylelawgroup.com
Arizona Bar Number William H. Doyle, #007285

**SCOTT M. GOLDEN**
**Attorney at Law**
1313 E. Osborn Rd., Suite 220
Phoenix, Arizona 85014
Tel:   602-271-4653
Fax:   602-271-4659
Email: scott@smg-law.com
Arizona Bar No.004752

Attorneys for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ERNEST MORENO and AMELIA MORENO,  husband and wife, | Case No.  CV2015-007941 |
| Plaintiffs, | **FIRST AMENDED DEMAND FOR JURY TRIAL** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a/k/a SAFECO INSURANCE, a member of Liberty Mutual Group, Inc., a foreign corporation, | |
| Defendants. | |

1

Pursuant to Rule 38(b), Arizona Rules of Civil Procedure, demand

is hereby made for trial by jury of all issues in the above-entitled action.

DATED this _24th_ day of July, 2015.

THE DOYLE FIRM, P.C.

By
William H. Doyle
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff


SCOTT M. GOLDEN, ATTORNEY AT LAW

By
Scott M. Golden
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Plaintiff

2

# EXHIBIT G

DCN: 0720150131321861472012O010      Received Date:01/31/2015

# SCOTT M. GOLDEN
## Attorney At Law

1313 E. Osborn Road, Suite 220, Phoenix, AZ  85014
Telephone:  (602) 271-4653; (602) 271-GOLD
Facsimile:  (602) 271-4659; Email:  scott@smg-law.com

January 28, 2015

Safeco Insurance
P O Box 515097
Los Angeles, CA  90051
ATTN: Heidi Pagan

| | |
|---|---|
| Re: Our Client/Your Insured: | **Ernest and Amelia Moreno** |
| **Policy Number:** | **Y8167264** |
| **Claim Number:** | **913501475036** |
| **Loss Date:** | **October 9, 2014** |

Dear Heidi:

We have served a time limit policy limits demand on the adverse party, Jordan Olivas, and his auto insurance liability carrier, State Farm. State Farm has not disclosed its limits; however, based on your insured's/my clients' debilitating and life altering injuries and damages, I respectfully demand payment of the Moreno UIM $100,000 each person limits to resolve Safeco's UIM exposure on this claim. I am enclosing proof of loss documentation for your review. Because of your insured's dire financial situation, this is a time limit demand.

## FACTS/LIABILITY

This accident occurred on October 9, 2014 at approximately 5:11 P.M., at the intersection of 12th Street and Thomas Rd in Phoenix, AZ.  State Farm insured, Mr. Olivas, was westbound on Thomas Rd and failed to yield the right of way while making a left turn, to Mr. Moreno who was eastbound on Thomas Rd. The intersection was controlled by a traffic light. The Phoenix Police Department was called to the scene, and their investigation notes that Mr. Olivas was cited and noted as failing to yield the right of way.  Both vehicles were disabled with front end damage to each, and towed from the scene. Mr. Moreno's Ford Contour was deemed a total loss.
The police report is attached as **Exhibit 1.**

DCN: 07201501313218614720120010    Received Date:01/31/2015

At Olivas' traffic citation hearing, Mr. Olivas testified he saw another vehicle just ahead of Mr. Moreno come through the traffic light on a yellow signal, however, he did not see Mr. Moreno.  Mr. Moreno testified that he had turned onto Thomas Rd at 10th Street so he had been on Thomas for several blocks before the intersection at 12th Street.  Moreno said the light was yellow when he crossed the crosswalk, and Olivas turned in front of him. The citation against Olivas was upheld, he was fined and ordered to attend defensive driving school for his failure to yield the right-of-way when attempting a left turn to a vehicle that is approaching from the opposite direction and that is within the intersection or so close to the intersection as to constitute an immediate hazard.
A copy of the traffic citation hearing proceeding is included as **Exhibit 2.**

## BACKGROUND

Ernest Moreno was 59 years of age at the time of the accident, resides in Phoenix, Arizona, and was employed as a service technician by Numotion, a wheelchair company. His medical history includes a left knee replacement approximately 11 years ago, Synvisc injections to his right knee, high blood pressure, diabetes, bipolar disorder, brain aneurysm repair, fibromyalgia, syncope in the summer of 2014, and neuropathy.  Shortly before the accident he was diagnosed with prostate cancer, and had surgery shortly after the loss, on 11/10/14, for this condition.

## INJURIES/TREATMENT

Ernest is noted as wearing his seatbelt and being transported from the scene by ambulance. The ambulance records also note that the airbag deployed on the Moreno's 1996 Ford Contour. He initially complained of neck/back pain, and a possible loss of consciousness. An abrasion is noted to his right wrist. It is noted that he had recently completed treatment for a prior neck injury. A C-collar was placed and he was transported to the emergency room. Ambulance records are attached as **Exhibit 3.**

Ernest is treated at Banner Good Samaritan Hospital. He is complaining of neck and left wrist pain. An airbag abrasion is noted to the left upper arm. Cervical and left wrist x-rays are ordered. C-rays are negative for fracture. Left Wrist x-rays are negative, but note a relatively large joint effusion manifested by elevation of the pronator fat-pad, and trauma to the ulnar styloid. Reference is made to a prior hospital visit in August 2014 for syncope, with resolved symptoms. He is given a

DCN: 0720150131321861472012 0010    Received Date:01/31/2015

Velcro wrist splint and discharged. Emergency room records are attached as **Exhibit 4.**

Photos are provided showing significant swelling of Mr. Moreno's left hand, wrist and forearm area, along with severe bruising of the left upper arm and forearm. These were taken on two separate occasions shortly after the accident. Photos are attached as **Exhibit 5.**

Mr. Moreno is referred for an orthopedic consult by his PCP Andrew Nava. He presents to TOCA, The Orthopedic Clinic Association, to Dr. Richard Emerson, on 10/16/14. He is complaining of headaches, and comments that his left wrist and forearm somehow got caught between the steering wheel and the dashboard. He has significant pain/swelling in the left forearm, elbow, and wrist, as well as significant neck/low back pain. Physical exam notes that the left hand is "quite swollen with ecchymosis on the dorsum and palmar aspects with swelling extending up into the left wrist. Pain is noted in multiple areas, and some numbness. Cervical range of motion is restricted and pain is noted on lumbar range of motion testing. Cervical and lumbar x-rays are taken noting some spurring and degenerative changes. X-rays of the wrist and elbow suggests a bony injury in the proximal carpal row of the left wrist, and a possible ulnar nerve injury. He is fitted for a Velcro wrist/hand splint, and referred for MRI's of the left wrist, cervical and lumbar spine. He is placed on no work status. The MRI's were done on 10/21/14 at TOCA. Follow up of 10/24 with Dr. Emerson notes that the cervical and lumbar MRI's were considered abnormal, and he is referred to Dr. Huston of TOCA regarding his neck and back. It is felt that the left wrist MRI has findings suspicious for a TFCC tear. He is referred to Dr. Vella for the wrist. Percocet is prescribed for pain.

Mr. Moreno sees Dr. Vella on 10/28/14. He reports loss of strength, decreased motion in the left middle, ring, and small fingers, and forearm pain. It is difficult to grip even a water bottle. Swelling, limited motion, numbness/tingling is near constant. He clarifies he had several surgeries for ganglion excision and an old injury which may have involved a ligament repair. However, he reports that prior to the subject accident, he was fine and had no complaints or symptoms.

His wrist MRI shows a central tear to his TFCC, a large subcutaneous hematoma, mild DRUJ OA, and 2nd/4th dorsal extensor compartment tendonitis. Dr. Vella refers him for hand therapy to rehab his fingers and assist with edema management. Physical therapy is done with TOCA as well. It is noted on his first therapy appointment on 11/4/14 that his left hand is essentially non-functional, and he is only using it as a gross assist for light activities of daily living. This is just under a month post loss, and he essentially has no use of his left hand.

Ernest is right hand dominant. The therapy note of 12/3/14 notes parasthesias still present on the dorsum of the hand. It was recommended he purchase an Isotoner glove to assist with swelling. Ernest does this, please see receipt included with the

DCN: 0720150131321861472012O010      Received Date:01/31/2015

medical billings exhibit.  On 12/10 it is noted that pain complaints increased after Ernest fell in the shower; it is recommended that he follow up with Dr. Vella due to a substantial increase in pain and swelling. Follow up with Dr. Vella on 12/12/14 notes moderate swelling, and that he is unable to make a composite fist and pain. There are healed surgical scars on the dorsal and ulnar aspects of the wrist. X-rays reveal no fractures. He will continue to wear his wrist splint, given a script for ibuprofen, and continue with therapy and home exercises. If not significantly improved at his next appointment set for 2 weeks later, Dr Vella will consider a Medrol Dosepak. Therapy continues. Pain is elevated and swelling is substantial. He was unable to complete grasp-release exercises on 12/16/14.  It is noted on his 12/19 therapy visit that he is still unable to sleep through the night.  On 12/23/14, he reports that his son's dog knocked him over the other day and he fell onto his left hand. Follow up with Dr. Vella on 12/30/14 reflects Mr. Moreno's concerns that his left hand issues will not allow him to do his job functions of repairing wheelchairs. He cannot lift a 5 pound weight, has noticeable stiffness, and unable to make a fist. Physical exam comments that he "definitely has significant swelling to the wrist, hand, and all of the digits. He has ecchymosis dorsally and palmarly. He cannot make a composite fist." He has significant limitations in motion, flexion, and extension.

The diagnosis at that time is left hand arthrofibrosis and hematoma, wrist swelling, second and fourth extensor tenosynovitis, wrist arthritis, ulnocarpal abutment, triangular fibrocartilage complex tear, and hematoma. Options were discussed, and it is felt that due to his worsening condition, that a hand MRI is appropriate to assess the muscles, tendons and bones. PT will continue, and the Medrol Dosepak is prescribed. He is informed it may affect his blood sugars (Mr. Moreno is diabetic). His work status is "no use of the left upper extremity". Surgery may be considered. A MRI of the left hand was done on 12/31/14.  It notes that in comparison to the prior MRI of 10/21/14, there is marked resolution in the degree of dorsal subcutaneous edema and hemorrhage. There is mild residual or recurrent deep and superficial flexor compartment edema in the dorsum of the left hand, a strain in the 1st web space, and very mild generalized extensor compartment tenosynovitis without tendon defect.

Follow up with Dr. Vella on 1/6/15 indicates persistent swelling and stiffness. The medication has helped with swelling and he is being checked in light of potential complications with his diabetes. Pain is constant at 7 of 10. There is a slight improvement in motion. He comments that the MRI shows decreased swelling and decreased size of the hematoma but a strain of the muscles/tendons and extensor tendinitis. Exam notes decreased swelling but continued loss of motion. The PT and Medrol Dosepak will continue. Surgery remains an option if there are ongoing complaints. It is noted he can return to work with modified duties, but restrictions include no use of the left hand, and if no job is available with those restrictions, then to remain off work. Ernest advises us that Dr. Vella told him that due to the amount of scar tissue, that he might not ever be able to make a fist with his left hand.  His 1/9/15 therapy note indicates that "HR is talking to him about replacing him at

4

DCN: 07201501313218614720120010      Received Date:01/31/2015

work". On his 1/13/15 therapy visit, Ernest reports that the Medrol Dosepak is noticeably decreasing his edema. He was able tolerate aggressive passive range of motion of his digits. A velfoam wrist digital flex orthosis was made for him on this date, and Ernest will wear it as tolerated. On 1/15, Ernest reports feeling sick and sweaty while doing his home exercises the prior day. He has been wearing his velfoam for an hour 3-4 times per day and this may have caused additional edema. On the 1/20/15 therapy visit, Ernest notes that he's been wearing his splint and feels it is helping, but he needs some adjustments to the settings, which was done.

Ernest's most recent visit was on 1/27/15. He remains on limited work duty, with the restriction of no use of the left hand. Dr. Vella's hand written recommendations about future options for Mr. Moreno from this visit are provided; including a pain management consultation, and possible nerve block, and possible surgery for contracture release.

He is seen by Dr. Christopher Huston of TOCA regarding his neck and back complaints, on 11/18/14. His complaints remain, with a pain rating of 6 to 8/10 of a shooting quality. His history of fibromyalgia is noted, for which is takes pain medication for nerve pain in his right jaw. It is noted that his situation is complicated by his recent prostatectomy for prostate cancer, performed on 11/10/14. X-rays are taken of the cervical and lumbar spine. It is recommended he begin physical therapy to stabilize his neck/low back. If no progress is seen in one month, then consideration will be given to having medial branch blocks.

He is seen by Dr. Emerson on 12/4 for right knee complaints, which has been a prior and recurring issue. There is follow up mid-January 2015 as well.

Treatment continues with TOCA to date for ongoing complaints and therapy. Available TOCA records including the provided PT notes and MRI reports are attached as **Exhibit 6.**

## SPECIAL DAMAGES

| | |
|---|---|
| Rural Metro Ambulance | $    885.96 |
| Banner Good Samaritan Hospital (ER) | $ 2,262.10 |
| Emergency Professional Services | $    590.00 |
| TOCA  - 10/16/14 through  11/25/14 | $ 7,037.00 |
|         12/10/14 through 1/20/15 | $ 4,294.00 |
| Out of pocket purchase – gloves | $      21.95 |
| | |
| **TOTAL to date** | **$15,091.01** |

A copy of the medical billing statements are attached as **Exhibit 7.**

DCN: 0720150131321861472012000010      Received Date:01/31/2015

## LOST WAGES

Prior to the accident, Ernest worked as a wheelchair repair technician for
NuMotion. Mr. Moreno's employment was terminated on 1/22/15 because he was
unable to perform his job duties as a service technician. He had worked for this
company and its predecessors for 40 years. He was paid $20.97 an hour/ 40
hours a week, and worked considerable overtime which is paid at time and a half.
It is highly unlikely that he will be able to find comparable employment because
of his ongoing disabilities, most importantly, his inability to use his hand.

Please reference the attached Earnings Statement for Mr. Moreno's salary
details just prior to the subject accident, a disability statement completed by Dr.
Vella in early January, 2015, and an email from his Numotion to Ernest's co-
workers advising that Ernest's position can no longer be held for him due to
medical issues and disability. This is a life altering development for Mr. Moreno.
A year's income is conservatively estimated at $43,000. We are claiming this
figure for lost income consideration at this time as related to the subject accident.
Numotion documentation has been requested, attached are the supports noted,
as **Exhibit 8.**

**TOTAL SPECIALS TO DATE**                          **$ 58,091.01**


## SETTLEMENT

The subject accident is life-changing to say the least. Mr. Moreno suffered a
debilitating injury in this motor vehicle accident. He has lost his job of 40 years
and is likely to be unemployed or, at best, marginally employed in the future and
his ability to support his family.  His left wrist/hand injury from this collision
continues to cause swelling, pain, and severe mobility limitations and the use of
his left hand and he is likely facing future surgery.

For a person of Mr. Moreno's age and medical limitations, future employment
opportunities for him of any kind are scarce if available at all. His medical picture
is guarded as well, with months of oversight, physical therapy, medication and
immobilization of his left hand/wrist unfortunately providing little relief or progress
to date.

In view of the foregoing information, the injuries sustained including muscle,
ligament, and tendon damage to Mr. Moreno's hand and wrist which likely will
never heal sufficiently to enable him to make a fist or bend his thumb- or return to
his occupation, I have evaluated his bodily injury matter as having a settlement

6

DCN: 07201501313218614720120010     Received Date:01/31/2015

value in excess of $350,000 and I am making a UIM policy limits demand on behalf of Ernest Moreno.

This is a time sensitive demand. It is requested that you review the enclosed documentation and respond to the demand within thirty (30) days; i.e., by March 3, 2015.

Sincerely,

Scott M. Golden
Attorney at Law

Enclosures

7

**PAGAN, HEIDI**

| | |
|---|---|
| **From:** | Scott Golden <scott@smg-law.com> |
| **Sent:** | Friday, June 12, 2015 9:36 AM |
| **To:** | PAGAN, HEIDI |
| **Cc:** | Barbara Burke; Sandra Polley |
| **Subject:** | RE: TOCA/VELLA, MD OV NOTE 041715 |
| **Attachments:** | TOCA record re surgery - 4 17 15.pdf; Gateway Surgery Ctr Operative Report.pdf; TOCA Patient Statements 3 12 15 to 4 16 15.pdf; Client's TOCA receipts 1 9 15 to 5 22 15.pdf; Valley Pain Cen receipt - 4 2 15.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Heidi, as referenced in the office note that we discussed in our last telephone conversation and the email that I thought I had sent to you on 4/28/15, Ernest Moreno had surgery on his left hand injured in this auto accident. I am providing you with the surgery records, TOCA updated records from the surgeon, Josh Vella, MD, and the surgery center bill and TOCA updated bill. I held off on sending this updated package until we could provide you with the updated records and bills so that you had everything you needed to make a fair evaluation. The following is the email:

Mr. Moreno attended the IME with Dr. Campbell on 4/23/15. While we are awaiting his report, I am attaching Dr. Vella's OV note for 4/17/17, regarding Mr. Moreno's continuing left hand pain and stiffness along with the Surgery Information form. Dr. Vella notes that a stellate block didn't help, PT only provides temporary relief with his pain ranging between 8-10. Dynamic bracing hasn't helped. Weakness, stiffness and swelling are present; he can barely touch his thumb to his index finger, he is unable to make a fist. In short, he has failed all conservative options. Notwithstanding the risks of surgery through the swollen area, he is scheduled for a left two-through 5 capsultomy of the MCP joint, tenolysis, and possible intrinsic release on 5/14/15.
Based upon the foregoing, I renew our policy limits demand. Please confirm receipt. Thanks. Scott

Mr. Moreno has now had the surgery that both your IME doctor, Dr. Campbell and Moreno's treating hand surgeon, Dr. Vella, said he required. He will be in rehab for a number of months. He has been off of work since the date of loss and will not be able to return to work for the better part of the rest of this year, if not longer; if ever.

We are hereby renewing our time limit demand. If Liberty Mutual is unwilling to tender its limits within 10 days, we will file a lawsuit to include a claim for breach of contract and bad faith. Thank you. Scott

Scott M. Golden
Attorney at Law
1313 E. Osborn Rd., Suite 220
Phoenix, Arizona 85014
P: 602.271.4653
F: 602.271.4659

The information contained in this e-mail is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address listed above via US Postal Service. Thank you for you cooperation.

**From:** PAGAN, HEIDI [mailto:Heidi.Pagan@Safeco.com]
**Sent:** Tuesday, May 12, 2015 5:06 PM